Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

JS-6

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br>WELLNESS FOOTWEAR GROUP, INC., a California Corporation dba CALIFORNIA FOOTWEAR CO.; DAVID BERGUM, an individual; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 13−CV−07837−RGK−MRW<br><br>**[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

WHEREAS **Plaintiff Deckers Outdoor Corporation** having filed a Complaint in this action charging **Defendants Wellness Footwear Group, Inc. dba California Footwear Co.** and **David Bergum** (collectively "Defendants") have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter.  Defendants, having stipulated to the below terms, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

　　　1.　　This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. Deckers is the owner of design patents for UGG® Bailey Button Boot styles which include, but are not limited to, U.S. Patent Nos. D599,999 for the "Bailey Button Single" boot (registered on September 15, 2009) and D616,189 for the "Bailey Button Triplet" boot (registered on May 25, 2010) (hereinafter "UGG Boot Designs").

3. The claims alleged by Plaintiff in the present lawsuit arise from Defendants' alleged manufacture, distribution, promotion, advertisement, offering for sale, and/or sale of footwear, the designs of which Deckers has alleged infringe upon its UGG Boot Designs ("Disputed Products").

4. Defendants and their agents, servants, employees and all persons in active concert and participation with it who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from infringing upon Plaintiff's UGG Boot Designs, either directly or contributorily in any manner, including:

   (a) Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling the Disputed Products or any other products which infringe upon Plaintiff's UGG Boot Designs;

   (b) Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner the Disputed Products;

   (c) Committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendants are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff;

   (d) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 4(a) to 4(c) above.

5. Plaintiff and Defendants shall bear their own costs and attorneys' fees associated with this action.

1      6.      The execution of this Consent Judgment shall serve to bind and obligate
2  the parties hereto. However, dismissal with prejudice of this action shall not have
3  preclusive effect on those who are not a party to this action, all claims against whom
4  Plaintiff expressly reserves.
5      7.      The jurisdiction of this Court is retained for the purpose of making any
6  further orders necessary or proper for the construction or modification of this Final
7  Judgment, the enforcement thereof and the punishment of any violations thereof.
8  Except as otherwise provided herein, this action is fully resolved with prejudice.

10  Date: April 21, 2014

_____
Honorable R. Gary Klausner
**United States District Judge**